1  Michael Machat, Esq.
2  MACHAT & ASSOCIATES, P.C.
   433 N. Camden Drive, Ste. 370
3  Beverly Hills, California 90210
   Telephone: (310) 860-1833
4  Telefax: (310) 860-1837
   Email: info@machatlaw.com
5
   Attorneys for Plaintiff
6  TI Beverage Group, Ltd
7



8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12  TI BEVERAGE GROUP, LTD,        )  CASE NO. **CV13-05685**-JFW
13              Plaintiff,          )              (Ex)
                                    )
14       vs.                       )  **COMPLAINT FOR TRADEMARK**
                                    )  **INFRINGEMENT**
15  TERRA FIRMA USA INC. and       )
16  CRISTIAN SOARE,                )  **DEMAND FOR JURY TRIAL**
                                    )
17              Defendants.         )
                                    )
18                                  )
                                    )
19  _____)
20
21       For its Complaint, Plaintiff TI BEVERAGE GROUP, LTD hereby alleges
22  and asserts as follows:
23
24              **I.    JURISDICTION AND VENUE**
25
26       1.    Plaintiff bring this action for injunctive relief and damages arising out
27  of the unauthorized, unfair, and deceptive competitive practices of Defendants, and
28  each of them, in connection with the commercial use and exploitation of trademarks

in violation of the Lanham Act.

2.     This action arises under the Trademark Laws of the United States, including particularly, Sections 32 and 43 of the Lanham Act, 15 U.S.C. §§ 1114 and 1125.  Jurisdiction is conferred on this Court by 15 U.S.C. Section 1121(a), and by 28 U.S.C. Section 1338(a), in that this case arises under the Trademark Laws of the United States, 15 U.S.C. Sections 1051, *et seq*.  Venue is proper in this District under 28 U.S.C. §§ 1391(b).

## II.     THE PARTIES

3.     Plaintiff TI Beverage Group, Ltd. ("TI BEVERAGE GROUP") is a Delaware Corporation with its main business office located in Los Angeles County, California.

4.     Defendant Terra Firma USA, Inc. ("TERRA FIRMA") is, upon information and belief, a Missouri Corporation based in St Louis, Missouri. Defendant TERRA FIRMA is upon information and belief, doing business throughout much of the United States include business in Los Angeles County, California.

5.     Defendant CRISTIAN SOARE ("SOARE") is, upon information and belief, the principal behind defendant TERRA FIRMA.

6.     Plaintiff is informed and believes and thereon alleges that each of the Defendants were the agents, servants, employees or attorneys of their co-Defendants, and in doing the things hereinafter alleged were acting within the course and scope of their authority as those agents, servants, employees or attorneys, and with the permission and consent of their co-Defendants.

## III.     FACTS GIVING RISE TO THIS ACTION

7.   Plaintiff TI BEVERAGE GROUP has been marketing wine under the

MACHAT & ASSOCIATES, P.C.
433 N. CAMDEN DRIVE, SUITE 730
Beverly Hills, California 90210
Telephone: (310) 860-1833

MACHAT & ASSOCIATES, P.C.
433 N. CAMDEN DRIVE, SUITE 730
Beverly Hills, California 90210
Telephone: (310) 860-1833

1  following brand names for many years, including:  VAMPIRE (US Trademark

2  Registration No. 2263907); DRACULA (US Trademark Registration No.

3  78464714); CHATEAU DU VAMPIRE (US Trademark Registration No.

4  3502158); VAMPIRE VINEYARDS (US Trademark Registration No. 3418138).

5  More recently TI BEVERAGE GROUP expanded upon its Dracula mark and began

6  selling a wine called DRACULA'S BLOOD (US Trademark Registration No.

7  4147206)

8          a)     TI BEVERAGE GROUP is the exclusive licensee of Vampire

9  Brands, LLC, who is the Registrant for all of these aforementioned brands.  By

10  virtue of its extended use in commerce, the aforementioned VAMPIRE registration

11  has become incontestable.

12          b)     All of the marks mentioned in this paragraph 7 are referred to

13  herein as "Plaintiff's Family of Vampire Brands."

14       8.     On or about April 2010, Plaintiff TI BEVERAGE GROUP filed suit in

15  this Court against Marwal Art Industries, Inc. and its principal owner, Marcel

16  Walder, for trademark infringement of Plaintiff's VAMPIRE and DRACULA

17  Brands [Case No. CV10-02734 SJO (PJWx).]

18       9.     The Marwal defendants were selling a wine branded as DRACULA'S

19  BLOOD to numerous distributors throughout the United States, including defendant

20  TERRA FIRMA.

21       10.    In or around August of 2010, TI BEVERAGE GROUP, MARWAL

22  ART INDUSTIRES, INC., AND MARCEL WALDER stipulated to a CONSENT

23  DECREE AND PERMANENT INJUNCTION which provided that Walder and his

24  distributors would be allowed to sell off the existing limited quantities specified and

25  remaining in inventory and then they would never sell another wine bearing the

26  mark Dracula, bearing a mark confusingly similar to Dracula or bearing a mark

27  with a Vampire or Dracula related theme.  A copy of this Consent Decree and

28  Permanent Injunction is attached as Exhibit A.

11.     Upon information and belief, defendants TERRA FIRMA and SOARE were informed of the prior lawsuit brought by TI BEVERAGE GROUP against Marwal and Walder and were informed about the Consent Decree and Injunction, but chose to ignore it.

12.     After the Consent Decree and Permanent Judgment was entered, Plaintiff TI Beverage Group assumed the brand DRACULA'S BLOOD.  Plaintiff made arrangements for it to be produced at a winery of its own choosing that had suitable quality juice, and Plaintiff created a new label to its liking.

13.     During the Spring of 2012, Mark Morton, the National Sales Director of Plaintiff TI Beverage Group presented Plaintiff's new version of DRACULA'S BLOOD to Defendants TERRA FIRMA and to SOARA in particular.

14.     Defendant SOARA politely declined the opportunity to distribute Plaintiff's brand and ended the exchange of phone calls and emails with the statement that "He did not want to sell a Halloween wine."

15.     Defendant SOARA did not mean what he said.  Instead, unbeknownst to Plaintiff, Soara and his company, Defendant Terra Firma, chose to ignore this Court's Order and began selling wine with a garish Halloween label using a confusingly similar name, DRACULA'S BLOODLUST.

16.     Within just the past two weeks, Plaintiffs were tipped off that Defendants' confusingly similar knockoff brand was being sold in the marketplace. Plaintiffs investigated and upon information and belief, learned that Defendants had ignored this Court's Injunction and have been selling wine labeled as DRACULA'S BLOODLUST since, upon information and belief, 2010 and continuing to this present day.

17.     As part of its investigation, Plaintiff has obtained Sale sheets for this infringing wine which are available for download from Defendants' website, and Plaintiff has attached them to this Complaint as Exhibit B.

18.     Continuing its investigation, Plaintiff discovered that back in 2010,

MACHAT & ASSOCIATES, P.C.
433 N. CAMDEN DRIVE, SUITE 730
Beverly Hills, California 90210
Telephone: (310) 860-1833

4

1    Defendants filed for and obtained three COLAs (Certificate of Label Approvals) for

2    Dracula's Bloodlust – one for merlot, one for pinot noir, and one for cabernet

3    sauvignon.  A copy of each of these COLAS is attached as Exhibit C.  [One is

4    required to obtain a COLA (Certificate of Label Approval) from the TTB, a

5    division of the Department of Treasury in order to import wine into the United

6    States.]  The COLA's confirm Plaintiff's belief that Defendants never stopped their

7    infringing activity and all sales of the infringing wine were done purposefully,

8    maliciously and with callous disregard to this Court's Order in the Prior Case.

9        19.  TI BEVERAGE GROUP has spent substantial amounts of time and

10   money building up, advertising, and promoting its beverage brands.  By virtue of

11   the popularity of its beverage brands, its advertising, promotion, and sales, TI

12   BEVERAGE GROUP has built up and owns an extremely valuable goodwill which

13   is symbolized by TI BEVERAGE GROUP's various marks.

14       20.  Upon information and belief, Plaintiff alleges that each of the

15   defendants knew of Plaintiff's Vampire family of brands, including Plaintiff's

16   Dracula brand of wine, but decided to go ahead with their plans to market and sell

17   beverages under a similar Dracula name anyway, because they believed that they

18   could "fly under the radar" and get away with it, making easy money capitalizing

19   on the goodwill built up by Plaintiff over the years.

20       21.  If defendants are not stopped from marketing a beverage with a name

21   such as DRACULA'S BLOODLUST, then consumers will be confused as to the

22   source of origin of defendants' beverages and mistakenly conclude that they are

23   produced by Plaintiff.

24       22.  Also, if defendants are not stopped from marketing a beverage with a

25   name such as DRACULA'S BLOODLUST, it is likely that consumers will become

26   confused about the source and origin of Plaintiff TI BEVERAGE GROUP's

27   products, and  mistakenly conclude that Plaintiff TI BEVERAGE GROUP's

28   products are produced by Defendants.

MACHAT & ASSOCIATES, P. C.
433 N. CAMDEN DRIVE, SUITE 730
Beverly Hills, California 90210
Telephone: (310) 860-1833

23.     Plaintiff sells great wines with great looking labels.     Plaintiff's Dracula Pinot Noir is a high end wine made from special grapes high in demand and aged in expensive new French Oak barrels, that retails for approximately $35 per bottle.   By contrast Defendants' knock-off DRACULA'S BLOODLUST has a garish label and is a cheap wine that comes from a region that to most people has a reputation for making poor quality wines.     Consequently, if defendants are not stopped from marketing and selling their DRACULA'S BLOODLUST wine, defendants will harm the reputation and good will built up by PLAINTIFF in its DRACULA brand of wines in addition to its other brands within its Vampire family of brands.

## COUNT I –VIOLATION OF LANHAM ACT 15 U.S.C. §1114
### (Against All Defendants)

24.     PLAINTIFF TI BEVERAGE GROUP realleges the allegations in paragraphs 1 though 23.

25.     Not only is DRACULA'S BLOODLUST a knock-off of Plaintiff's Dracula brand and trademark, it is also so similar to the other members of Plaintiff's family of Vampire brands that if defendants are permitted to continue selling DRACULA'S BLOODLUST, the public will naturally assume it is a spin-off of Plaintiff's family of Vampire Brands, and consumers will be confused as to the source of origin of defendants and TI BEVERAGE GROUP's beverages.

26.     Also, if defendants are permitted to market and sell a beverage with a Dracula or Vampire theme name, it is likely that consumers will become confused about the source and origin of TI BEVERAGE GROUP's products, and mistakenly conclude that TI BEVERAGE GROUP's products are produced by Defendants.

27.     Defendants, if allowed to continue in the distribution, marketing, promotion, advertisement, offering for sale, and sale of the infringing product, will

MACHAT & ASSOCIATES, P.C.
433 N. CAMDEN DRIVE, SUITE 730
Beverly Hills, California 90210
Telephone: (310) 860-1833

MACHAT & ASSOCIATES, P.C.
433 N. CAMDEN DRIVE, SUITE 730
Beverly Hills, California 90210
Telephone: (310) 860-1833

cause consumers to believe that their DRACULA'S BLOODLUST wine originates from the same source as Plaintiff's DRACULA wine and/or TI BEVERAGE GROUP'S other products, such as its VAMPIRE WINE. This will lead to further irreparable harm to TI BEVERAGE GROUP's goodwill, reputation, and sales.

28.    Defendants' DRACULA BLOODLUST knockoff so closely resembles TI BEVERAGE GROUP's products that the public is likely to be confused and deceived, and to assume erroneously that defendants' DRACULA'S BLOODLUST wines are those of TI BEVERAGE GROUP, or that defendants are in some way connected with, sponsored by, or affiliated with TI BEVERAGE GROUP, all to TI BEVERAGE GROUP's detriment and irreparable damage.

29.    Defendants are not affiliated with, connected with, endorsed by, or sponsored by TI BEVERAGE GROUP, nor has TI BEVERAGE GROUP approved or authorized any of the goods or services offered or sold by defendants.

30.    TI BEVERAGE GROUP has no control over the nature and quality of the goods and services offered and sold by defendants or its licensees. Any failure, neglect, or default by defendants or its licensees in providing such products will reflect adversely on TI BEVERAGE GROUP as being the believed source of said failure, neglect, or default, thereby hampering TI BEVERAGE GROUP's efforts to continue to protect its outstanding reputation and preventing TI BEVERAGE GROUP from further building its reputation. Said failure, neglect, or default will result in loss of sales by TI BEVERAGE GROUP, and loss of value of TI BEVERAGE GROUP's considerable expenditures to promote its goods and services under its Vampire family of brands, all to the irreparable harm of TI BEVERAGE GROUP.

31.    Defendants have committed trademark infringement of Plaintiff's trademarks in their deceptive marketing of a wine with a Vampire or Dracula sounding name.

32.    Defendants have induced others to infringe Plaintiff's trademarks and

1   trade names.

2      33.   Defendants  have acted with bad intent and culpably by ignoring this

3   Court's Order and  in selecting, using, and/or  approving of the use of Plaintiff's

4   trademarks in the distribution, marketing, promotion, advertisement, offering for

5   sale, and/or sale of  DRACULA'S BLOODLUST wine*(s)*.

6      34.   Without the knowledge or consent of Plaintiff, Defendants have

7   marketed and sold in interstate commerce, and in commerce substantially affecting

8   interstate commerce, beverage products branded under the name DRACULA'S

9   BLOODLUST, and continue to do so.  Defendants have promoted, advertised,

10  offered for sale, and/or sold, beverage products using the DRACULA'S

11  BLOODLUST mark through persons not authorized by, employed by, or associated

12  in any way with Plaintiff and have used the aforementioned trade name and

13  trademark as false designation and false representation for beverage products.

14     35.   None of the activities alleged in this complaint have been

15  authorized by Plaintiff, and such unauthorized use by Defendants of Plaintiff's

16  trademarks and/or trade names in interstate commerce, commerce substantially

17  affecting interstate commerce in this district, and elsewhere throughout the United

18  States, constitutes infringement and an inducement to infringe Plaintiff's

19  trademarks and/or trade names, and such activities are likely to cause confusion,

20  mistakes, and to deceive the public at large.

21     36.   Upon information and belief, Defendants have acted with the

22  unlawful purpose of:

23       a.   Improperly taking advantage of the valuable goodwill belonging to

24         Plaintiff;

25       b.   Soliciting  Plaintiff's  customers  and/or  potential  customers,

26         attempting to sell, and selling to such customers and potential

27         customers, beverage products marketed under the DRACULA'S

28         BLOODLUST mark through persons not authorized by, employed

MACHAT & ASSOCIATES, P.C.
433 N. CAMDEN DRIVE, SUITE 730
Beverly Hills, California 90210
Telephone: (310) 860-1833

MACHAT & ASSOCIATES, P.C.
433 N. CAMDEN DRIVE, SUITE 730
Beverly Hills, California 90210
Telephone: (310) 860-1833

by, or associated in any way with Plaintiff;

   c. Inducing others to infringe Plaintiff's trademarks and trade names; and

   d. Causing the goods of persons not authorized by, employed by, or associated in any way with Plaintiff to be falsely represented as if they were rendered, authorized, sponsored by, endorsed by, or otherwise connected with Plaintiff and its licensed trademarks and trade names.

37.    Defendants' conduct, as alleged in this complaint, constitutes a violation of 15 U.S.C. § 1114.

38.    If Defendants are allowed to continue marketing and selling the accused product, Plaintiff will be damaged as alleged in this complaint, and the Defendants will profit thereby.  Furthermore, unless the Court permanently enjoins Defendants' conduct as alleged in this complaint, Plaintiff's business, goodwill, and reputation will suffer irreparable injury of an insidious and continuing sort that cannot be adequately calculated and compensated in monetary damages.

39.    Defendants' aforementioned acts and conduct is being done willfully and with an intent to ride on, and/or step on and demolish, the goodwill Plaintiff has worked hard to develop.  Plaintiff is therefore entitled to treble damages arising therefrom, as well as reimbursement of Plaintiff's attorneys' fees and costs.

40.    The intentional nature of defendants' acts makes this an exceptional case under 15 U.S.C. §1117(a).

41.    The intentional nature of defendants' acts and conduct makes this a case suitable for an award of Three Times Defendants' profits.

## COUNT II

## VIOLATION OF LANHAM ACT 15 U.S.C. §1125(a)

**(Against All Defendants)**

42.    Plaintiff repeats each allegation contained in paragraphs 1 through 41 as though set forth here at length.

43.    Defendants have engaged in, and continue to engage in, the wrongful exploitation of the registered marks licensed to Plaintiff.

44.    Defendants' goods are so closely related to Plaintiff's goods that the public is likely to be confused, to be deceived, and to erroneously assume that Defendants' marketing and sale of their DRACULA'S BLOODLUST wine as packaged, advertised and promoted, are those of Plaintiff, or that Defendants are in some way connected with, sponsored by, or affiliated with Plaintiff, all to Plaintiff's detriment and irreparable damage.

45.    Defendants are not affiliated with, connected with, endorsed by, or sponsored by Plaintiff.  Furthermore, Plaintiff has not approved any of the goods or services offered or sold by the Defendants.

46.    Defendants conduct as alleged herein is likely to cause confusion, mistake and deceive the public as to the affiliation, connection, or association of defendants with Plaintiff, and/or as to the origin, sponsorship or approval of Defendants' Dracula's Bloodlust wine by Plaintiff.

47.    Defendants' conduct has disparaged and tarnished Plaintiff's VAMPIRE  Family of brands.

48.    Defendants' aforesaid infringing conduct has been willful and committed with an intent to ride on, and/or step on and demolish, the goodwill Plaintiff has worked hard to develop.  Defendants' aforesaid infringing conduct has been willful and with knowledge that the sale, marketing, advertisement, and promotion of their beverages will damage the goodwill of and hurt the prospects of future commercial success of Plaintiff's VAMPIRE family of brands, including its DRACULA and VAMPIRE brands.  Plaintiff is therefore entitled to treble damages arising therefrom, as well as reimbursement of Plaintiff's attorneys' fees and costs.

MACHAT & ASSOCIATES, P.C.
433 N. CAMDEN DRIVE, SUITE 730
Beverly Hills, California 90210
Telephone: (310) 860-1833

MACHAT & ASSOCIATES, P.C.
433 N. CAMDEN DRIVE, SUITE 730
Beverly Hills, California 90210
Telephone: (310) 860-1833

**COUNT III**

**VIOLATION OF LANHAM ACT 15 U.S.C. §1125(c)**

49.   Plaintiffs repeat each allegation contained in paragraphs 1 through 48 as though set forth here at length.

50.   Defendants' conduct, as alleged in this complaint, will dilute the value of, and harm the reputation and goodwill of Plaintiff's family of Vampire Brands via tarnishment and blurring.  Accordingly defendants' conduct, as alleged herein, violates 15 U.S.C § 1125(c).

51.   Plaintiffs have been damaged by each of the Defendants' acts as alleged in this complaint, and each defendant has profited thereby.  Furthermore, unless the Court permanently enjoins Defendants' conduct as alleged in this complaint, Plaintiffs' business, goodwill, and reputation will suffer irreparable injury of an insidious and continuing sort that cannot be adequately calculated and compensated in monetary damages.

52.   Defendants' aforesaid infringing conduct has been willful and done with an intent to ride on the goodwill Plaintiffs have worked hard to develop. Plaintiffs are therefore entitled to treble damages arising thereof, as well as reimbursement of Plaintiffs' attorneys' fees and costs.

WHEREFORE, Plaintiff prays for judgment as follows:

1.   That the Court adjudge and decree that Defendants have falsely designated the origin of certain beverage products as those of Plaintiff, have made and used false representations in connection with the sale, offering for sale, promotion and advertising of such products, and have unfairly competed with Plaintiff at common law.

2.    That the Court adjudge and decree that Defendants have infringed Plaintiff's registered trademarks, DRACULA and DRACULA'S BLOOD.

3.    That the Court adjudge and decree that Defendants have infringed Plaintiff's other registered trademarks, including VAMPIRE, VAMPIRE VINEYARDS and others.

4.    That the Court adjudge and decree that Defendants unlawfully diluted and diminished Plaintiff's rights in the DRACULA and VAMPIRE family of trademarks.

5.    That the Court permanently enjoin Defendants, its agents, servants, employees, attorneys, and all persons acting in concert or participation with them, or with any of them from:

     a. Using DRACULA or DRACULA'S BLOOD or DRACULA'S BLOODLUST or VAMPIRE, or any other word or words which are similar to, or a colorable imitation of, Plaintiff's trade names and marks, either alone, as part of, or together with, any other word or words, trademark, service mark, trade name, or other business or commercial designation in connection with the sale, offering for sale, advertising, and/or promotion of beverage products and beverage accessories;

     b. Selling, offering to sell, marketing, distributing, advertising and/or promoting any BEVERAGE product with the words DRACULA'S BLOOD or DRACULA or VAMPIRE or BLOOD or BLOODLUST displayed on the product, its packaging, advertising or promotional materials;

c.  Representing directly or indirectly by words or conduct that any beverage product or beverage accessory offered for sale, sold, promoted, or advertised by Defendants, is authorized, sponsored by, endorsed by, or otherwise connected with Plaintiff;

d.  Aiding or abetting in unfair competition against Plaintiff;

e.  Aiding or abetting in false advertising; and

f.  Inducing others to engage in any of these aforementioned acts.

6.  That the Court award an amount to be determined at trial but at least an amount equivalent to treble the amount of Defendants' illicit profits or Plaintiff's lost profits, whichever is greater.

7.  That the Court award an amount to be determined at trial but at least an amount equal to the cost of prospective corrective advertising.

8.  That the Court award Judgment against Defendants for the full costs of this action, including the attorney's fees reasonably incurred by Plaintiff.

9.  That the Court Order such other, further and different relief as the nature of this action may require and as the Court may deem just and proper.

10.  That the Court retain jurisdiction of this action for the purpose of enabling Plaintiff, in its discretion, to apply to this Court at any time for such further orders and directions as may be necessary or appropriate for the interpretation or execution of any Order entered in this action, for the modification of any such Order, for the enforcement of compliance therewith, and/or for the punishment of any violation thereof.

MACHAT & ASSOCIATES, P.C.
433 N. CAMDEN DRIVE, SUITE 730
Beverly Hills, California 90210
Telephone: (310) 860-1833

13

1   Respectfully submitted,

2   MACHAT & ASSOCIATES, P.C.

3

4   Dated: August __5__, 2013      By: _____

5   Michael Machat, Esq.

6

7   Attorneys for Plaintiff TI BEVERAGE

8   GROUP, LTD.

9

10

11              **DEMAND FOR JURY TRIAL**

12   Plaintiff hereby requests a trial by jury on all issues raised by the Complaint.

13

14   Respectfully submitted,

15   MACHAT & ASSOCIATES, P.C.

16

17   Dated: August __5__, 2013      By: _____

18   Michael Machat, Esq.

19

20   Attorneys for Plaintiff TI BEVERAGE

21   GROUP, LTD.

22

23

24

25

26

27

28

MACHAT & ASSOCIATES, P.C.
433 N. CAMDEN DRIVE, SUITE 730
Beverly Hills, California 90210
Telephone: (310) 860-1833

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

1  Michael Machat, Esq.
2  MACHAT & ASSOCIATES, P.C.
   9107 Wilshire Blvd., Suite 425
3  Beverly Hills, California 90210
   Telephone: (310) 860-1833
4  Telefax: (310) 860-1837
   Email: info@machatlaw.com
5
   Attorneys for Plaintiff
6  TI Beverage Group, Ltd
7
8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
10
11
12 TI BEVERAGE GROUP, LTD,          ) CASE NO. CV10-02734 SJO (PJWx)
13          Plaintiff,              )
                                    )
14      vs.                         )
                                    ) **CONSENT DECREE AND ORDER**
15 MARWAL    ART    INDUSTRIES,     ) **OF PERMANENT INJUNCTION**
16 INC., et al.,                    )
                                    ) **AGAINST DEFENDANTS**
17          Defendants.             )
                                    ) **MARWAL ART INDUSTRIES AND**
18                                  )
                                    ) **MARCEL WALDER**
19                                  )
20                                  )
                                    )
21                                  )
22                                  )
   _____ )
23
24         This matter is before the court upon the agreement and consent decree for
25 entry of Permanent Injunction made on the record of the Court by and between
26 Plaintiff TI BEVERAGE GROUP, LTD and Defendants MARWAL ART
27 INDUSTRIES, INC doing business as ROM VIN IMPORT CO., and MARCEL
28 WALDER, an individual, (individually and collectively "MARWAL") which

1  defendants expressly deny liability or fault in this action.

2      GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that

3  a Permanent Injunction issue and be entered as against the above-identified

4  Defendants, and each of them, as follows:

5      1.    By agreement, Defendants MARWAL ART INDUSTRIES, INC.

6  (doing business as Rom Vin Import Co.), MARCEL WALDER, and each of

7  them, including their respective employees, principals, officers, directors, agents,

8  representatives, attorneys, trustees, subsidiaries, successors, heirs, affiliates,

9  transferees, and assigns, and each of them, and all those in active concert, privity,

10  and/or participation with any of them, (hereinafter collectively referred to as

11  'MARWAL') who shall received actual notice of this Order are hereby

12  PERMANENTLY ENJOINED from engaging in the following activities, or in

13  any of them, throughout the universe, to wit:

14      1.1. Infringing upon the name, business reputation, and/or goodwill

15  associated with TI BEVERAGE GROUP LTD'S licensed trademarks VAMPIRE,

16  DRACULA, CHATEAU DU VAMPIRE, VAMPIRE VINEYARDS,

17  VAMPYRE, VAMP, DRACOLA, TASTE OF IMMORTALITY, and SIP THE

18  BLOOD OF THE VINE. For the purposes of this Permanent Injunction, the

19  terms "infringe," "infringing" and "infringement" shall be deemed to expressly

20  include, without limitation, the sale and/or commercial exploitation of any

21  beverage product (including both alcoholic and non-alcoholic products) or

22  beverage related product bearing any of the aforementioned marks as well as the

23  sale of any beverage product or beverage related product that bears the names

24  vampire or Dracula or is sold with a vampire theme.

25      1.2. Selling or offering for sale beverage products bearing any of the

26  following trademarks: VAMPIRE, DRACULA, CHATEAU DU VAMPIRE,

27  VAMPIRE VINEYARDS, VAMPYRE, VAMP, DRACOLA, TASTE OF

28  IMMORTALITY, SIP THE BLOOD OF THE VINE.

MACHAT & ASSOCIATES, P.C.
9107 Wilshire Blvd., Ste. 425
Beverly Hills, California 90210
Telephone: (310) 860-1833

2

1    1.3    Selling or offering for sale beverage products bearing a trademark

2    confusingly similar to any of the following trademarks: VAMPIRE, DRACULA,

3    CHATEAU DU VAMPIRE, VAMPIRE VINEYARDS, VAMPYRE, VAMP,

4    DRACOLA, TASTE OF IMMORTALITY, SIP THE BLOOD OF THE VINE.

5    1.4    Selling or offering for sale beverage products marketed with a

6    vampire or Dracula related theme;

7    1.5    Using the words vampire or Dracula to advertise, promote, market,

8    offer for sale or sell any beverage, glassware, or food product or service.

9

10

11    APPROVED AS TO FORM AND CONTENT

12

13        August 25, 2010

By: _____

14    Bruce Altshuler, Attorney for

15    Defendants Marwal Art Industries, Inc.,

and Marcel Walder

16

17

18    **IT IS SO ORDERED**

19

20

21

22        **Hon. S. James Otero**

**Judge Of The United States District Court**

23

24

25

26

27

28

By: _____

Error! Reference source not found. Attorney for

Plaintiff TI Beverage Group, Ltd.

MACHAT & ASSOCIATES, P.C.
9107 Wilshire Blvd., Ste. 425
Beverly Hills, California 90210
Telephone: (310) 860-1833

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B**

# DRACULA'S BLOODLUST WINES

Prince Vlad, better known as Dracula, knew what sacrifice is all about. He sacrificed everything for eternal life.  Before he disappeared into eternity, he asked the most skilled winemakers in his empire to craft a wine representing his passion and lust for blood.

Enjoy it on your special occasion and especially at Halloween.

## THROUGHOUT HISTORY, HE HAS FILLED THE HEARTS OF MEN WITH TERROR, AND THE HEARTS OF WOMEN WITH DESIRE.

  

| MERLOT | CABERNET SAUVIGNON | PINOT NOIR |
|---|---|---|
| **Color:**  Garnet violet color<br>**Aroma:**  Aromas of spicy blackberry pie crust, chocolate covered nuts, and plum<br>**Taste:**  A dry  medium body with raw cranberry and pomegranate notes. Finishes with a tobacco and peppery spice accented fade. | **Color:**  Deep garnet black color with a violet edge<br>**Aroma:**  Shy aromas of cranberry and spice<br>**Taste:**  Cranberry skin and nutshell flavors with a cracked pepper, lime peel, and limestone finish. | **Color:**  Deep garnet red<br>**Aroma:**  Dark cherry fruit aroma<br>**Taste:**  Medium bodied, elegant and velvety, easy drinking yet sophisticated |
| **Alcohol:**            13.5% | **Alcohol:**            13.5% | **Alcohol:**            13.5% |

Halloween Wine—Directly from Transylvania



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT C**

OMB No. 1513-0020                                                                                       8/5/13 11:54 PM

OMB No. 1513-0020 (01/31/2009)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| TTB ID: 10161001000103 | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU **APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL** (See Instructions and Paperwork Reduction Act Notice on Back) |

| 1. REP. ID. NO. (If any) | CT 80 | OR 86 |
|---|---|---|

## PART I - APPLICATION

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required) MO-I-483 | 3. SOURCE OF PRODUCT (Required) ☐ Domestic ✓ Imported | 8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required) TERRA FIRMA USA, INC. 5988 MID RIVERS MALL DR , STE 123 SAINT CHARLES MO 63304 |
|---|---|---|
| 4. SERIAL NUMBER (Required) 100100 | 5. TYPE OF PRODUCT (Required) ✓ WINE ☐ DISTILLED SPIRITS ☐ MALT BEVERAGE | |

| 6. BRAND NAME (Required) TERRA FIRMA USA | 8a. MAILING ADDRESS, IF DIFFERENT |
|---|---|
| 7. FANCIFUL NAME (If any) DRACULA'S BLOODLUST | |

| 9. EMAIL ADDRESS TERRAFIRMAUSAINC@MSN.COM | 10. FORMULA/SOP NO. (If any) | 11. LAB. NO. & DATE / PREIMPORT NO. & DATE (If any) | 18. TYPE OF APPLICATION (Check applicable box(es)) |
|---|---|---|---|
| 12. NET CONTENTS 750 MILLILITERS | 13. ALCOHOL CONTENT 13.5 | 14. WINE APPELLATION IF ON LABEL RECAS | a. ✓ CERTIFICATE OF LABEL APPROVAL b. CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.) |
| 15. WINE VINTAGE DATE IF ON LABEL | 16. PHONE NUMBER (636) 724-9463 | 17. FAX NUMBER (636) 724-9463 | c. DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount) d. RESUBMISSION AFTER REJECTION TTB ID. NO. _____ |

19. SHOW ANY WORDING (a) APPEARING ON MATERIALS FIRMLY AFFIXED TO THE CONTAINER (e.g., caps, celoseals, corks, etc.) OTHER THAN THE LABLES AFFIXED BELOW, OR (b) BLOWN, BRANDED OR EMBOSSED ON THE CONTAINER (e.g., net contents etc.). THIS WORDING MUST BE NOTED HERE EVEN IF IT DUPLICATES PORTIONS OF THE LABELS AFFIXED BELOW. ALSO, PROVIDE TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

OMB No. 1513-0020

8/5/13 11:54 PM

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 06/10/2010 | (Application was e-filed) | CRISTIAN SOARE |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 06/21/2010 | *Cheryl Zacharias* |

## FOR TTB USE ONLY

| | EXPIRATION DATE (If any) |
|---|---|
| **QUALIFICATIONS**<br>A ¿Certification of Natural Wine Imported into the United States¿ must be submitted to TTB prior to importation. For additional requirements, see 27 CFR 4.45(b)& http://www.ttb.gov/wine/wine-certs.shtml.<br><br>**STATUS**<br>THE STATUS IS APPROVED.<br><br>**CLASS/TYPE DESCRIPTION**<br>TABLE RED WINE | |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

## Back

## Actual Dimensions: 3.5 inches W X 3.5 inches H



OMB No. 1513-0020                                                                                    8/5/13 11:54 PM

Image Type:
**Brand (front)**
**Actual Dimensions: 2.87 inches W X 3.66 inches H**

### CABERNET SAUVIGNON
RED TABLE WINE
PRODUCT OF ROMANIA - RECAS REGION

13.5% Alc/Vol                                          750 ml

Prince Vlad, better known as Dracula, knew what sacrifice is
all about. He sacrificed everything for eternal life. Before
disappearing into eternity, he asked the most skilled
winemakers in his empire to craft a wine representing his
passion and lust for blood.

Enjoy it on your special occasion and especially at Halloween.

**GOVERNMENT WARNING:** (1) ACCORDING TO THE
SURGEON GENERAL, WOMEN SHOULD NOT DRINK
ALCOHOLIC BEVERAGES DURING PREGNANCY BECAUSE
OF THE RISK OF BIRTH DEFECTS. (2) CONSUMPTION OF
ALCOHOLIC BEVERAGES IMPAIRS YOUR ABILITY TO
DRIVE A CAR OR OPERATE MACHINERY, AND MAY CAUSE
HEALTH PROBLEMS.

**CONTAINS SULFITES**

BOTTLED BY:
CRAMELE RECAS
RECAS, ROMANIA

IMPORTED BY:
TERRA FIRMA USA, INC.
ST. CHARLES, MO



6  0 9722 59545  2

**TTB F 5100.31** (6/2006) PREVIOUS EDITIONS ARE OBSOLETE

OMB No. 1513-0020

8/5/13 11:53 PM

OMB No. 1513-0020  (01/31/2009)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |

**APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL**

(See Instructions and Paperwork Reduction Act Notice on Back)

TTB ID
10161001000104

| 1. REP. ID. NO. (If any) | CT 80 | OR 66 |
|---|---|---|

## PART I - APPLICATION

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required) | 3. SOURCE OF PRODUCT (Required) | 8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required) |
|---|---|---|
| MO-I-483 | ☐ Domestic<br>✓ Imported | TERRA FIRMA USA, INC.<br>5988 MID RIVERS MALL DR , STE 123<br><br>SAINT CHARLES MO 63304 |

| 4. SERIAL NUMBER (Required) | 5. TYPE OF PRODUCT (Required) |
|---|---|
| 100101 | ✓ WINE<br>☐ DISTILLED SPIRITS<br>☐ MALT BEVERAGE |

| 6. BRAND NAME (Required) | 8a. MAILING ADDRESS, IF DIFFERENT |
|---|---|
| TERRA FIRMA USA | |

| 7. FANCIFUL NAME (If any) | |
|---|---|
| DRACULA'S BLOODLUST | |

| 9. EMAIL ADDRESS | 10. FORMULA/SOP NO. (If any) | 11. LAB. NO. & DATE / PREIMPORT NO. & DATE (If any) | 18. TYPE OF APPLICATION (Check applicable box(es)) |
|---|---|---|---|
| TERRAFIRMAUSAINC@MSN.COM | | | a. ✓ CERTIFICATE OF LABEL APPROVAL |
| **12. NET CONTENTS**<br>750 MILLILITERS | **13. ALCOHOL CONTENT**<br>13.5 | **14. WINE APPELLATION IF ON LABEL**<br>RECAS | b. CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.) |
| **15. WINE VINTAGE DATE IF ON LABEL** | **16. PHONE NUMBER**<br>(636) 724-9463 | **17. FAX NUMBER**<br>(636) 724-9463 | c. DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ___ ___ (Fill in amount)<br><br>d. RESUBMISSION AFTER REJECTION TTB ID. NO. _____ |

19. SHOW ANY WORDING (a) APPEARING ON MATERIALS FIRMLY AFFIXED TO THE CONTAINER (e.g., caps, celoseals, corks, etc.) OTHER THAN THE LABLES AFFIXED BELOW, OR (b) BLOWN, BRANDED OR EMBOSSED ON THE CONTAINER (e.g., net contents etc.). THIS WORDING MUST BE NOTED HERE EVEN IF IT DUPLICATES PORTIONS OF THE LABELS AFFIXED BELOW. ALSO, PROVIDE TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

OMB No. 1513–0020

8/5/13 11:53 PM

| 20. DATE OF APPLICATION | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT (Application was e-filed) | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT |
|---|---|---|
| 06/10/2010 | | CRISTIAN SOARE |

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 06/21/2010 | *Cheryl Zacharias* |

## FOR TTB USE ONLY

**QUALIFICATIONS**

A ¿Certification of Natural Wine Imported into the United States¿ must be submitted to TTB prior to importation. For additional requirements, see 27 CFR 4.45(b)& http://www.ttb.gov/wine/wine-certs.shtml.

**EXPIRATION DATE (If any)**

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

TABLE RED WINE

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

## Back
## Actual Dimensions: 3.5 inches W X 3.5 inches H



OMB No. 1513-0020

8/5/13 11:53 PM

Image Type:

## Brand (front)
## Actual Dimensions: 2.87 inches W X 3.66 inches H

## MERLOT
RED TABLE WINE

PRODUCT OF ROMANIA - RECAS REGION

13.5% Alc/Vol                    750 ml

Prince Vlad, better known as Dracula, knew what sacrifice is
all about. He sacrificed everything for eternal life. Before
disappearing into eternity, he asked the most skilled
winemakers in his empire to craft a wine representing his
passion and lust for blood.

Enjoy it on your special occasion and especially at Halloween.

**GOVERNMENT WARNING:** (1) ACCORDING TO THE
SURGEON GENERAL, WOMEN SHOULD NOT DRINK
ALCOHOLIC BEVERAGES DURING PREGNANCY BECAUSE
OF THE RISK OF BIRTH DEFECTS. (2) CONSUMPTION OF
ALCOHOLIC BEVERAGES IMPAIRS YOUR ABILITY TO
DRIVE A CAR OR OPERATE MACHINERY, AND MAY CAUSE
HEALTH PROBLEMS.

**CONTAINS SULFITES**

BOTTLED BY:
CRAMELE RECAS
RECAS, ROMANIA

IMPORTED BY:
TERRA FIRMA USA, INC.
ST. CHARLES, MO



6 09722 59546 9

TTB F 5100.31  (6/2006) PREVIOUS EDITIONS ARE OBSOLETE

OMB No. 1513-0020

8/5/13 11:51 PM

OMB No. 1513-0020  (01/31/2009)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|

**DEPARTMENT OF THE TREASURY**
**ALCOHOL AND TOBACCO TAX AND TRADE BUREAU**
# APPLICATION FOR AND
# CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL
(See Instructions and Paperwork Reduction Act Notice on Back)

TTB ID
10161001000105

| 1. REP. ID. NO. (If any) | CT 80 | OR 86 |
|---|---|---|

## PART I - APPLICATION

**2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)**
MO-I-483

**3. SOURCE OF PRODUCT (Required)**
☐ Domestic
☑ Imported

**8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)**

TERRA FIRMA USA, INC.
5988 MID RIVERS MALL DR , STE 123

SAINT CHARLES MO 63304

**4. SERIAL NUMBER (Required)**
100102

**5. TYPE OF PRODUCT (Required)**
☑ WINE
☐ DISTILLED SPIRITS
☐ MALT BEVERAGE

**6. BRAND NAME (Required)**
TERRA FIRMA USA

**8a. MAILING ADDRESS, IF DIFFERENT**

**7. FANCIFUL NAME (If any)**
DRACULA'S BLOODLUST

**9. EMAIL ADDRESS**
TERRAFIRMAUSAINC@MSN.COM

**10. FORMULA/SOP NO. (If any)**

**11. LAB. NO. & DATE / PREIMPORT NO. & DATE (If any)**

**18. TYPE OF APPLICATION (Check applicable box(es))**

a. ☑ CERTIFICATE OF LABEL APPROVAL

**12. NET CONTENTS**
750 MILLILITERS

**13. ALCOHOL CONTENT**
13.5

**14. WINE APPELLATION IF ON LABEL**
RECAS

b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL
"For sale in _____ only" (Fill in State abbreviation.)

**15. WINE VINTAGE DATE IF ON LABEL**

**16. PHONE NUMBER**
(636) 724-9463

**17. FAX NUMBER**
(636) 724-9463

c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE _____ (Fill in amount)

d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____

**19. SHOW ANY WORDING (a) APPEARING ON MATERIALS FIRMLY AFFIXED TO THE CONTAINER (e.g., caps, celoseals, corks, etc.) OTHER THAN THE LABLES AFFIXED BELOW, OR (b) BLOWN, BRANDED OR EMBOSSED ON THE CONTAINER (e.g., net contents etc.). THIS WORDING MUST BE NOTED HERE EVEN IF IT DUPLICATES PORTIONS OF THE LABELS AFFIXED BELOW. ALSO, PROVIDE TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.**

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

OMB No. 1513-0020                                                                                                8/5/13 11:51 PM

| 20. DATE OF APPLICATION<br>06/10/2010 | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT<br>(Application was e-filed) | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT<br>CRISTIAN SOARE |
|---|---|---|

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 23. DATE ISSUED<br>06/21/2010 | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>*Cheryl Zacharias* |
|---|---|

## FOR TTB USE ONLY

| QUALIFICATIONS<br>A ¿Certification of Natural Wine Imported into the United States¿ must be submitted to TTB prior to importation. For additional requirements, see 27 CFR 4.45(b)& http://www.ttb.gov/wine/wine-certs.shtml.<br><br>STATUS<br>THE STATUS IS APPROVED.<br><br>CLASS/TYPE DESCRIPTION<br>TABLE RED WINE | EXPIRATION DATE<br>(If any) |
|---|---|

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

**Back**
**Actual Dimensions: 3.5 inches W X 3.5 inches H**



OMB No. 1513-0020                                                                                        8/5/13 11:51 PM

Image Type:

## Brand (front)
## Actual Dimensions: 2.87 inches W X 3.66 inches H

### PINOT NOIR
RED TABLE WINE

PRODUCT OF ROMANIA – RECAS REGION

13.5% Alc/Vol                         750 ml

Prince Vlad, better known as Dracula, knew what sacrifice is
all about. He sacrificed everything for eternal life. Before
disappearing into eternity, he asked the most skilled
winemakers in his empire to craft a wine representing his
passion and lust for blood.

Enjoy it on your special occasion and especially at Halloween.

**GOVERNMENT WARNING:** (1) ACCORDING TO THE
SURGEON GENERAL, WOMEN SHOULD NOT DRINK
ALCOHOLIC BEVERAGES DURING PREGNANCY BECAUSE
OF THE RISK OF BIRTH DEFECTS. (2) CONSUMPTION OF
ALCOHOLIC BEVERAGES IMPAIRS YOUR ABILITY TO
DRIVE A CAR OR OPERATE MACHINERY, AND MAY CAUSE
HEALTH PROBLEMS.

**CONTAINS SULFITES**

BOTTLED BY:
CRAMELE RECAS
RECAS, ROMANIA

IMPORTED BY:
TERRA FIRMA USA, INC.
ST. CHARLES, MO



6 09722 59547 6

**TTB F 5100.31** (6/2006) PREVIOUS EDITIONS ARE OBSOLETE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____John F. Walter_____ and the assigned Magistrate Judge is _____Charles F. Eick_____ .

The case number on all documents filed with the Court should read as follows:

### 2:13-CV-5685-JFW (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

_____August 6, 2013_____
Date

By  MDAVIS _____
Deputy Clerk

_____

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| ☒ Western Division | ☐ Southern Division | ☐ Eastern Division |
|---|---|---|
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

MICHAEL MACHAT
MACHAT & ASSOCIATES, P.C
433 N. CAMDEN DRIVE, SUITE 730
BEVERLY HILLS, CA 90210
TEL: (310) 860-1833

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TI BEVERAGE GROUP, LTD,<br><br>PLAINTIFF(S)<br><br>v.<br><br>TERRA FIRMA USA INC,and<br>CRISTIAN SOARE,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV13-05685** ~JFW (E)<br><br><br>**SUMMONS** |

TO:  DEFENDANT(S):

A lawsuit has been filed against you.

Within  __21__  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Michael Machat_____, whose address is _Machat & Associates, P.C., 433 N. Camden Drive, Suite 730, Beverly Hills, CA 90210_.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  _____AUG - 6 2013_____

By:  _____**MARILYN DAVIS**_____
         Deputy Clerk

         *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**i. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

TI BEVERAGE GROUP, LTD

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

TERRA FIRMA USA INC. and CRISTIAN SOARE

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

MICHAEL MACHAT
MACHAT & ASSOCIATES, P.C.
433 N. CAMDEN DRIVE, SUITE 730
BEVERLY HILLS, CA 90210  TEL: (310) 860-1833

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

## II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

## V. REQUESTED IN COMPLAINT: JURY DEMAND: ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No        ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 USC 1114 and 1125

## VII. NATURE OF SUIT (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY: Case Number:** _CV13-05685_

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☐ NO  ☒ YES

If yes, list case number(s):   CV 10 - 02734 SJO (PJWx)

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☒ A. Arise from the same or closely related transactions, happenings, or events; or

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☒ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☒ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | MISSOURI |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

**\*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note:** In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____  DATE: August 5, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |